

# NUMBER 13-21-00179-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

LARRY DEAN ESQUIVEL,                                                     **Appellant,**

**v.**

THE STATE OF TEXAS,                                                      **Appellee.**

### On appeal from the 36th District Court
### of Aransas County, Texas.

# ORDER

### Before Justices Longoria, Hinojosa, and Silva
### Order Per Curiam

This cause is before the Court on appellant's third motion for extension of time to file the brief. Appellant's brief was originally due to be filed on November 8, 2021, and appellant was previously granted two extensions.

The Court, having fully examined and considered appellant's third motion for extension of time to file the brief and the extensions previously granted in this cause, is of the opinion that, in the interest of justice, appellant's third motion for extension of time to file the brief should be granted with order. The Court looks with disfavor upon the delay caused by counsel's failure to have filed a brief in this matter and further motions for extension of time will not be granted absent additional exigent circumstances.

Appellant's third motion for extension of time to file the brief is hereby granted, and the Honorable Sandra Eastwood, counsel for appellant, is hereby ordered to file the appellate brief with this Court on or before May 9, 2022.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Issued on this the
15th day of March, 2022.